No. 610. KENT *v.* SANFORD, WARDEN; and

No. 808. MILLER *v.* UNITED STATES. February 2, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motions for leave to proceed further *in forma pauperis,* denied. MR. JUSTICE JACKSON took no part in the consideration and decision of these applications. *Mr. Augustus M. Roan* for petitioner in No. 610. *William Roy Miller, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondent in No. 610; and *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States in No. 808.

No. 801. DUGGAN *v.* O'GRADY, WARDEN. On petition for writ of certiorari to the Supreme Court of Nebraska.

February 2, 1942. Neil Olson, present Warden of the Nebraska State Penitentiary, substituted as the party respondent in the place and stead of Joseph O'Grady, resigned, on motion of the petitioner. The motion for leave to proceed further *in forma pauperis* is denied for the reason that the Court, upon examination of the papers herein submitted, finds no ground upon which a writ of certiorari should be issued. The petition for writ of certiorari is therefore also denied. *Pat Duggan, pro se.*